PETER DIBIASE, an Infant, by ANTONIO DIBIASE, His Guardian ad Litem, Appellant, *v.* EWART & LAKE, INC., Respondent.

(Submitted January 9, 1931; decided February 10, 1931.)

*James O. Sebring* for appellant.

*W. Earle Costello* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ.  Not sitting: KELLOGG, J